# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GREGORY P. WEAVER, individually and On behalf of a class of those persons Similarly situated, ) ) ) ) | CASE NO.   1:19-CV-1339 |
| Plaintiff, ) ) | JUDGE DAN AARON POLSTER |
| vs. ) ) | **OPINION AND ORDER** |
| NORTH AMERICAN POWER & GAS LLC, ) ) ) | |
| Defendant. ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster January 9, 2019*
**Dan Aaron Polster**
**United States District Judge**

9